Circuit Court for Baltimore County
Case No. C-03-CV-23-003581
Argued: April 9, 2026

IN THE SUPREME COURT

OF MARYLAND

No. 53

September Term, 2025

_____

CATHERINE TORNEY

v.

TOWSON UNIVERSITY

_____

Fader, C.J.,
Watts
Booth
Biran
Gould
Eaves
Killough

JJ.

_____

PER CURIAM ORDER

_____

Filed: April 21, 2026

Pursuant to the Maryland Uniform Electronic Legal
Materials Act (§§ 10-1601 et seq. of the State
Government Article) this document is authentic.



Gregory Hilton, Clerk

|                      | * | IN THE |
|----------------------|---|--------|
| CATHERINE TORNEY     | * | SUPREME COURT |
|                      | * | OF MARYLAND |
| v.                   | * | Pet. No. 343, September Term, 2025 |
| TOWSON UNIVERSITY    | * | No. 53, September Term, 2025 |
|                      | * | |

ORDER

Upon consideration of the parties' briefs and oral argument, it is this 21st day of April 2026, by the Supreme Court of Maryland, a supermajority of the Court concurring,

ORDERED that the writ of certiorari is dismissed with costs as improvidently granted and No. 53, September Term, 2025 is closed in this Court; and it is further

ORDERED that costs are to be paid by Respondent.


　　　　　　　　　　　　　　　　/s/ Matthew J. Fader
　　　　　　　　　　　　　　　　　　　Chief Justice